IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSE DELGADO,<br>　　　　PLAINTIFF,<br><br>V.<br><br>PRO CUSTOM SOLAR LLC D/B/A<br>MOMENTUM SOLAR,<br>　　　　DEFENDANT. | §<br>§<br>§<br>§ CAUSE NO. 1:21-CV-251-LY<br>§<br>§<br>§<br>§ |

## ORDER

Before the court is Defendant's Rule 12(b)(6) Motion to Dismiss April 23, 2021 (Doc. #5). Plaintiff's Amended Complaint was filed May 7, 2021 (Doc. #6).

In light of the filing of Plaintiff's amended complaint,

**IT IS ORDERED** that Defendant's Rule 12(b)(6) Motion to Dismiss April 23, 2021 (Doc. #5). Plaintiff's Amended Complaint was filed May 7, 2021 (Doc. #6) is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this 10th day of May, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE